UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

Robert J. Olmscheid asf Olmscheid
Electric, Inc. and Stacy L. Olmscheid

ORDER

Debtors.

Chapter 7, Case No. 10-42260

------------------------------

This case came before the court on the motion of Chase Home Finance LLC, pursuant to 11 U.S.C. section 362 on May 20, 2010, at the U.S. Bankruptcy Court, Minneapolis, Minnesota.

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 1261529, said property legally described as follows:

BEGINNING AT THE NORTHEAST CORNER OF THE E 1/2 SW 1/4 OF SECTION 32, TOWNSHIP 125, RANGE 31; THENCE WESTERLY ALONG THE NORTHERN BOUNDARY OF SAID E 1/2 SW 1/4 A DISTANCE OF 700 FEET; THENCE SOUTHERLY ALONG A LINE PARALLEL WITH THE EASTERN BOUNDARY OF SAID E 1/2 SW 1/4 A DISTANCE OF 700 FEET; THENCE EASTERLY ALONG A LINE PARALLEL WITH THE NORTHERN BOUNDARY OF SAID E 1/2 SW 1/4 A DISTANCE OF APPROXIMATELY 700 FEET TO THE EAST BOUNDARY LINE OF SAID E 1/2 SW 1/4; THENCE IN A NORTHERLY DIRECTION ALONG THE EAST BOUNDARY LINE OF SAID E 1/2 SW 1/4 A DISTANCE OF APPROXIMATELY 700 FEET TO THE POINT OF BEGINNING AND THERE TERMINATING. STEARNS COUNTY, MINNESOTA.

The movant, its successors and assigns, may proceed to foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: May 20, 2010

/e/ Nancy C. Dreher
_____
Nancy C. Dreher
ChiefUnited States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/20/2010*
Lori Vosejpka, Clerk, by KK