MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

OLMSCHEID, ROBERT J,
OLMSCHEID, STACY L

Case No. 10-42260
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

x    Unclaimed Dividends

☐    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Cloud Hospital | 1 | 374.84 | 4.08 |

Date:    September 7, 2011

/e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee